UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00418-HDV-KES | Date | January 30, 2026 |
|---|---|---|---|
| Title | *Sergio Salazar-Sorto v. Todd Lyons et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:      (IN CHAMBERS) ORDER ENJOINING TRANSFER OUT OF THE
DISTRICT (INCLUDING DEPORTATION) [2]**

Petitioner Sergio Salazar-Sorto filed a Petition for Writ of Habeas Corpus on January 30, 2026.   [Dkt. 1].   On the same date, Petitioner filed an *Ex Parte* Application for Temporary Restraining Order (the "Application").   [Dkt. 2].

As to the Application, the Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo.  The Application is ***granted*** in part. Respondents are hereby ***enjoined from transferring, relocating, or removing Petitioner*** outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending resolution of the Application.

Upon initial review, the Court also finds that Petitioner appears to be a member of the Bond Eligible Class certified by Judge Sykes in *Maldonado Bautista et al. v. Santacruz et al.*, No. 5:25-cv-01873-SSS-BFM.  The class is comprised of "[a]ll noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were  not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1225(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination." *Maldonado*

| Page **1** of **2** | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk WH |
|---|---|---|

*Bautista*, --- F. Supp. 3d ---, 2025 WL 3713987, at *32 (C.D. Cal. Dec. 18, 2025).  This case will be transferred to Judge Sykes for all further proceedings.

**IT IS SO ORDERED.**