UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SALAZAR-SORTO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-00418-HDV-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP" at Dkt. 14), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 17). The objections period has been waived. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Petition is GRANTED.

2. Respondents are enjoined from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration court, pursuant to 8 U.S.C. § 1226(a), **within seven (7) days** of the Order accepting this R&R.

3. The parties shall file a joint status report **within seven (7) days** of the

1

bond hearing, describing its outcome.

DATED: May 5, 2026

_____

Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE

2