UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERGIO SALAZAR-SORTO,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-00418-HDV-KES

**JUDGMENT**

JS-6

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is GRANTED.

DATED: June 11, 2026

_____

Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE